1  DAYLE ELIESON
   United States Attorney
2  DANIEL R. SCHIESS
   Assistant United States Attorney
3  Nevada Bar No. 5483
   501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada  89101
4  (702) 388-6336
   dan.schiess@usdoj.gov
5

FILED
ENTERED
COUNSEL
FEB - 6 2018
CLERK US DISTRICT
DISTRICT OF NEVADA
BY:_____

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JASON LOUNG,<br><br>  Defendant. | 2:17-cr-00184-KJD-VCF<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

The United States moves to unseal this case. The case was originally sealed to prevent defendant Luong's co-conspirator from learning about the case and possibly fleeing before he could be arrested. The co-conspirator has since been arrested and made his initial appearance in this District. Accordingly, no reason remains for this case to remain under seal.

A proposed Order is attached for the Court's convenience.

DATED this 5th day of February, 2018.

Respectfully Submitted,

DAYLE ELIESON
United States Attorney

  /s/ Daniel R. Schiess
DANIEL R. SCHIESS
Assistant United States Attorney
Attorney for Plaintiff

DAYLE ELIESON
United States Attorney
DANIEL R. SCHIESS
Assistant United States Attorney
Nevada Bar No. 5483
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
dan.schiess@usdoj.gov

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00184-KJD-VCF |
| Plaintiff, | |
| v. | **ORDER ON GOVERNMENT'S MOTION TO UNSEAL CASE** |
| JASON LOUNG, | |
| Defendant. | |

This matter coming on the Government's Motion to Unseal Case, the premises therein having been considered, and good cause showing, the Motion is hereby **GRANTED.**

**IT IS HEREBY ORDERED** that any and all documents in connection to this case shall be, and are, unsealed.

**DATED** this ___13th___ day of February, 2018.


_____
UNITED STATES MAGISTRATE JUDGE