FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 2 5 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-184-KJD-(VCF) |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| JASON LUONG, | ) | |
| Defendant. | ) | |

This Court finds that defendant Jason Luong pled guilty to Count One of a One-Count Criminal Information charging him with Conspiracy to Commit Bank Fraud in violation of Title 18, United States Code, Sections 1344 and 1349. Criminal Information, ECF No. 4, Arraignment and Plea, ECF No. 8; Plea Agreement, ECF No. 9.

This Court finds defendant Jason Luong agreed to the imposition of the in personam criminal forfeiture money judgment of $600,000 set forth in the Plea Agreement (ECF No. 9).

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1344, or Title 18, United States Code, Section 1349, conspiracy to commit such offense and (2) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of violations of Title 18, United States Code, Section 1344, affecting a financial institution, or Title 18, United States Code, Section 1349, conspiracy to violate such offense, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code,

Section 982(a)(2)(A); and Title 18, United States Code, Section 853(p); and if as a result of any act or omission of the defendant, the property –

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any property of the defendant for the in personam criminal forfeiture money judgment of $600,000.

This Court finds that Jason Luong shall pay an in personam criminal forfeiture money judgment of $600,000 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Jason Luong the in personam criminal forfeiture money judgment of $600,000 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 25th day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE